**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LUIS ALCINA,

    Plaintiff,

v.                                            Case No: 8:14-cv-1040-T-30MAP

ITALIAN CAST STONE, INC. and
DANTE CONTO,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion for Stay and For Protective Order (Dkt. 25). Upon review and consideration, it is the Court's conclusion that the motion should be granted in part. It is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Stay and For Protective Order (Dkt. 25) is GRANTED to the extent that the deposition of Defendant's corporate representative is hereby cancelled. Plaintiff may provide notice and reschedule said deposition upon obtaining new counsel or filing his intent to proceed *pro se* in accordance with this Court's Order, dated October 1, 2014. (Dkt. 24).

2. Defendant's request for a stay of all deadlines pending Plaintiff's compliance with the Court's Order (Dkt. 24) is denied. The Court notes that Plaintiff's

telephone number and e-mail address were provided in Luis A. Cabassa's amended motion to withdraw (Dkt. 20).

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2014\14-cv-1040 order granting po and denying stay 25.docx