**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS ALCINA, *pro se*,

    Plaintiff,

v.                                              Case No: 8:14-cv-1040-T-30MAP

ITALIAN CAST STONE, INC.
and DANTE CONTO,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Plaintiff has failed to respond to this Court's Order to Show Cause (Dkt. #30) issued on January 16, 2015. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice due to Plaintiff's failure to diligently prosecute pursuant to Local Rule 3.10(a).

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record